

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00692-CR

Mark A. **SALAZAR**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR9726
Honorable Mary D. Roman, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE ALVAREZ, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the motion to withdraw filed by Salazar's attorney is GRANTED, and the trial court's order is AFFIRMED as modified. It is ORDERED no costs shall be assessed against Salazar in relation to his trial or this appeal because he qualifies as indigent under TEX. R. APP. P. 20.

SIGNED May 13, 2015.

_____
Jason Pulliam, Justice